THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL E. MARSHALL, Defendant-Appellant.

(No. 57552;

First District (2nd Division)—October 16, 1973.

PER CURIAM.

LEIGHTON, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Gordon H. Berry, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.